**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. BUNCH, JR.,<br><br>        Plaintiff,<br><br>   v.<br><br>INDIAN PALMS VACATION CLUB OWNERS ASSOCIATION, INC.; LEISURE TIME, INC.; and DOES 1-11, inclusive,<br><br>        Defendants. | Case No. EDCV 11-01963VAP(SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Court quiets title to the properties described in the Quitclaim Deed from Security Pacific National Bank to Indian Palms Vacation Club Owners Association as successor trustee, recorded on August 29, 2003 in Riverside County Recorder's Office as Doc. No. 2003-668803 in Indian Palms Vacation Club Owners Association against the claims of Plaintiff Robert D. Bunch. Plaintiff shall take nothing on his Complaint,

1  and his action shall be DISMISSED WITH PREJUDICE.  The
2  Court orders that such judgment be entered.
3
4  Dated: May 16, 2013             /s/ Virginia A. Phillips
5                                  VIRGINIA A. PHILLIPS
                                   United States District Judge